ROBERT BOLCAR ET AL., RESPONDENTS, v. MAX MINTZ,
APPELLANT.

Submitted February 11, 1938—Decided April 29, 1938.

For the appellant, *Kalisch & Kalisch*.

For the respondents, *Edward F. Broderick*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.